No. 17-50070

---

### UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

---

UNITED STATES OF AMERICA

*Plaintiff–Appellee*,

v.

MARIA ISABEL MOLINA-ISIDORO

*Defendant–Appellant*.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

---

### MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANT-APPELLANT SEEKING REVERSAL BY THE AMERICAN CIVIL LIBERTIES UNION, ACLU OF TEXAS, ACLU OF LOUISIANA, AND ACLU OF MISSISSIPPI

---

Edgar Saldivar
Texas Bar No. 24038188
ACLU Foundation of Texas
1500 McGowen St., Ste. 250
Houston, TX 77004
Phone: 713-942-8146
Fax: 713-942-8966
esaldivar@aclutx.org

Esha Bhandari
Nathan Freed Wessler
Vera Eidelman
American Civil Liberties Union
  Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654

Kali Cohn
Texas Bar. No. 24092265
ACLU Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Phone: 214-346-6577
Fax: 713-942-8966
kcohn@aclutx.org

Bruce Hamilton
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
Phone: (504) 522-0628
Fax: (504) 613-6511
bhamilton@laaclu.org

ebhandari@aclu.org

Paloma Wu
ACLU of Mississippi
  Foundation
233 East Capitol Street
Jackson, MS 39201
Phone: 601-354-3408
Fax: 601-355-6465
pwu@aclu-ms.org

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Fifth Circuit Rule 29(a)(3), the American Civil Liberties Union ("ACLU"), the American Civil Liberties Union of Texas, the American Civil Liberties Union of Louisiana, and the American Civil Liberties Union of Mississippi (together, "Movants") respectfully move for leave to file the accompanying Brief of *Amici Curiae* in support of Defendant-Appellant. Defendant-Appellant consents to the filing of this brief. Plaintiff-Appellee leaves acceptance of the proposed brief of *amici curiae* to the Court's discretion. Movants state the following in support of the instant Motion:

1. The ACLU is a nationwide, non-profit, non-partisan organization of more than 1 million members dedicated to defending the civil liberties guaranteed by the Constitution. The ACLU of Texas, the ACLU of Louisiana, and the ACLU of Mississippi are state affiliates of the national ACLU.

2. Among the rights that *amici* vigorously seek to protect is the Fourth Amendment right to be free from unreasonable searches and seizures. In addition to providing direct representation to protect this and other constitutional rights, *amici* frequently file briefs of *amicus curiae* in this Court, as well as in other state and federal courts. *See, e.g., In re U.S. for Historical Cell Site Data,* 724 F.3d 600, 603 (5th Cir. 2013) (citing ACLU *amicus curiae* brief regarding Fourth

Amendment); *American Atwater v. City of Lago Vista,* 195 F.3d 242, 252 (5th Cir. 1999), *aff'd*, 532 U.S. 318 (2001) (Dennis, J., dissenting) (citing ACLU *amicus curiae* brief regarding Fourth Amendment submitted to Seventh Circuit); *see also Adar v. Smith,* 622 F.3d 426 (5th Cir. 2010) (listing ACLU and ACLU of Louisiana as *amici*). Through their work, *amici* have been at the forefront of numerous state and federal cases addressing the right of privacy as guaranteed by the Fourth Amendment.

    3. The proposed brief of *amici curiae* will aid the Court's consideration of this case by providing additional factual and legal argument about the serious privacy concerns raised by suspicionless searches of electronic devices at the border, and the Fourth Amendment's requirement of a warrant or probable cause for such searches. Furthermore, the brief of proposed *amici curiae* is both relevant and desirable. *See* Fifth Cir. L.R. 29(a)(3)(b). The proposed brief is relevant because it focuses on the central issue before the Court—the proper Fourth Amendment standard for the search of Defendant-Appellant's electronic device at the border—and the brief is desirable because of *amici*'s experience and long-term interest in this constitutional issue.

    WHEREFORE, Movants respectfully request that this Court enter an Order granting leave to file the Brief of *Amici Curiae* that accompanies this Motion.

August 22, 2017                           Respectfully submitted,

Edgar Saldivar
Texas Bar No. 24038188
ACLU Foundation of Texas
1500 McGowen St., Ste. 250
Houston, TX 77004
Phone: 713-942-8146
Fax: 713-942-8966
esaldivar@aclutx.org

Kali Cohn
Texas Bar. No. 24092265
ACLU Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Phone: 214-346-6577
Fax: 713-942-8966
kcohn@aclutx.org

Bruce Hamilton
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156
Phone: (504) 522-0628
Fax: (504) 613-6511
bhamilton@laaclu.org

*/s/ Esha Bhandari*
Esha Bhandari
Nathan Freed Wessler
Vera Eidelman*
American Civil Liberties Union
　Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
ebhandari@aclu.org

*Admitted to the State Bar of California*

Paloma Wu**
ACLU of Mississippi
　Foundation
233 East Capitol Street
Jackson, MS 39201
Phone: 601-354-3408
Fax: 601-355-6465
pwu@aclu-ms.org

** *Not yet admitted to Mississippi Bar*

*Counsel for amici curiae*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2017, the foregoing Motion For Leave to File Brief of *Amici Curiae* In Support of Defendant-Appellant Seeking Reversal by the American Civil Liberties Union, ACLU of Texas, ACLU of Louisiana, and ACLU of Mississippi was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

August 22, 2017

                                      *s/ Esha Bhandari*
                                      Esha Bhandari