# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 23, 2017

Ms. Esha Bhandari
American Civil Liberties Union Foundation
of New York
125 Broad Street
18th Floor
New York, NY 10004-2400

    No. 17-50070   USA v. Maria Molina-Isidoro
                     USDC No. 3:16-CR-1402-1

Dear Ms. Bhandari,

We received your premature brief on August 22, 2017. No action will be taken on this filing pending the ruling on your motion for leave to file the amicus brief.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  By: /s/ Renee McDonough
                                  Renee McDonough, Deputy Clerk
                                  504-310-7673

cc:
    Mr. Joseph H. Gay Jr.
    Mr. Louis Elias Lopez Jr.