IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-50070
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

MARIA ISABEL MOLINA-ISIDORO,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, El Paso
_____

O R D E R :

    IT IS ORDERED that the motion to file amicus curiae brief in support of appellant is GRANTED.


                              _____/s/ W. Eugene Davis_____
                              W. EUGENE DAVIS
                              UNITED STATES CIRCUIT JUDGE